No. 92–621. RAKE ET AL. *v.* WADE, TRUSTEE. C. A. 10th Cir. Certiorari granted.

No. 91–8685. STINSON *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following question: "Whether a court's failure to follow Sentencing Guidelines commentary that gives specific direction that the offense of unlawful possession of a firearm by a felon is not a crime of violence under USSG § 4B1.1, see USSG § 4B1.2 comment., n. 2, constitutes an 'incorrect application of the sentencing guidelines' under 18 U. S. C. § 3742(f)(1)."

No. 91–1842. MCCRORY ET AL. *v.* RESOLUTION TRUST CORPORATION. C. A. 5th Cir. Certiorari denied.

No. 91–2044. LEE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–8031. LEAVITT *v.* IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 91–8136. COCHRAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–8292. MONTGOMERY *v.* GREER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 92–137. RIDGECREST POLICE ET AL. *v.* CURNOW, A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, CURNOW, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–224. BASSETT ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–315. PERALES, COMMISSIONER, NEW YORK STATE SOCIAL SERVICES *v.* NEW YORK CITY HEALTH AND HOSPITALS CORPORATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–329. HEILPRIN *v.* WISCONSIN BOARD OF ATTORNEY'S PROFESSIONAL RESPONSIBILITY. Sup. Ct. Wis. Certiorari denied.